United States District Court
for the District of New Jersey

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : Criminal No. 05-110 |
| v. | : |
| RAKIM SINGLETON | : Order of Reassignment |
| Defendant | : |

It is on this 18th day of June 2008,

O R D E R E D that the entitled action is reassigned

from Judge John W. Bissell to Judge Faith S. Hochberg.

                                                S/Garrett E. Brown, Jr.
                                                Garrett E. Brown, Jr., Chief Judge
                                                United States District Court